**Richard REED, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 51462.

Missouri Court of Appeals,
Eastern District,
Division One.

April 28, 1987.

William J. Shaw, Public Defender, Timothy J. Walk, Asst. Public Defender, Clayton, for appellant.

William L. Webster, Atty. Gen., Colley Frissell-Durley, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

This court affirmed the judgment of the trial court by opinion dated February 3, 1987.

On the 14th day of April, 1987, the Supreme Court of Missouri transferred the case, but retransferred it to this court with directions to remand the case to the trial court for an evidentiary hearing and for further proceedings as indicated.

Accordingly, the case is remanded to the trial court for an evidentiary hearing and for further proceedings as indicated.